IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **CASE NO. 1:12-CR-00040 LJO** |
|---|---|
| Plaintiff, | **ORDER DISMISSING DEFENDANT FROM INDICTMENT** |
| v. | **(Fed.R.Crim.P 48(A))** |
| JHONNY CARRASCO DURAN, | |
| Defendant. | |

The United States of America, having moved this Court to dismiss the indictment as to above-named defendant only pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure in the interest of justice and good cause appearing;

IT IS HEREBY ORDERED that the indictment as to the above named individual only shall be dismissed in the interest of justice and the defendant is ordered released forthwith.

IT IS SO ORDERED.

Dated: __**June 21, 2017**__         _____/s/ Lawrence J. O'Neill_____
                                             UNITED STATES CHIEF DISTRICT JUDGE